**Order entered September 25, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

## IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

Before the Court is the September 22, 2014 motion of Becky Wheeler, Official Court Reporter for the 196th Judicial District Court of Hunt County, Texas, for an extension of time to file a reporter's record. In her motion, she stated that she cannot file the record by the original due date of September 22, 2014 because appellant has not paid for the record.

In an opinion dated September 22, 2014, we affirmed the trial court's order sustaining the contests to appellant's affidavit of indigence. On that same date, we ordered that Becky Wheeler file, **on or before OCTOBER 2, 2014**, either: (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(3). Accordingly, we **DENY** the motion for extension as moot.

/s/     ELIZABETH LANG-MIERS
JUSTICE